B 6F (Official Form 6F) (12/07)

**In re** C. Rigatti, Inc. , **Case No.** _____
       **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxx 0887<br><br>Bank of America Credit<br>PO Box 982238<br>El Paso, TX 79998-2238 | | | | | | | 6,000.00 |
| ACCOUNT NO.<br><br>Sysco<br>1 Whitney Drive<br>Harmony, PA 16037 | | | | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Superior<br>2018 Smallman Street<br>Pittsburgh, PA 15222 | | | | | | | 8,000.00 |
| ACCOUNT NO.<br><br>Unifirst<br>1150 2nd AvenueNew Kensington, PA 15068 | | | | | | | 3,200.00 |
| | | | | | | Subtotal ➤ | $ 47,200.00 |

__4__ continuation sheets attached

Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  C. Rigatti, Inc. _____ ,   Case No. _____
              **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Barber 8831 Lost Valley Drive Mars, PA 16046 | | | | | | | 12,000.00 |
| ACCOUNT NO. <br> Pepsi <br> 204 Ave B <br> Youngwood, PA 15697 | | | | | | | 2,000.00 |
| ACCOUNT NO. <br> Turner Dairy <br> 1049 Jefferson Road <br> Pittsburgh, PA 15235 | | | | | | | 2,000.00 |
| ACCOUNT NO. <br> Altany Ins. <br> 1122 Brackenridge Avenue <br> Brackenridge, PA 15014 | | | | | | | 700.00 |
| ACCOUNT NO. <br> Draft Maintenance <br> 612 Woodward Avenue <br> Kittanning, PA 16201 | | | | | | | 500.00 |

Sheet no. __1__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 17,200.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  C. Rigatti, Inc.     ,     Case No. _____
          **Debtor**                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Roth Heating <br> 242 Little Deer Creek Road <br> Russellton, PA 15076 | | | | | | | 450.00 |
| ACCOUNT NO. <br> Ross Welding <br> 29 Grim Road <br> Tarentum, PA 15084 | | | | | | | 350.00 |
| ACCOUNT NO. <br> Pestco <br> 290 Alpha Drive <br> Pittsburgh, PA 15238 | | | | | | | 400.00 |
| ACCOUNT NO. <br> Kennedy Air Filters <br> 4399 Leechburg Rd. #8 <br> New Kensington, PA 15068 | | | | | | | 350.00 |
| ACCOUNT NO. <br> Creighton Printing <br> 917 Freeport Road <br> Creighton, PA 15030 | | | | | | | 300.00 |

Sheet no. __2__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 1,850.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  C. Rigatti, Inc.       ,           Case No. _____
              **Debtor**                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxx 57.00 <br> East Deer Twp Water Dept. <br> 927 Freeport Road <br> Creighton, PA 15030 | | | | | | | 300.00 |
| ACCOUNT NO. xxxxxxxxx 2511 <br> Verizon <br> PO Box 25505 <br> Lehigh Valley, PA 18002 | | | | | | | 900.00 |
| ACCOUNT NO. xxxxxxxx 557 <br> Upper Allegheny Joint Sanitary Authority  PO Box 431 Tarentum, PA 15084 | | | | | | | 1,000.00 |
| ACCOUNT NO. xxxxxxx 9833 <br> Direct TV <br> PO Box 60036 <br> Los Angeles, CA 90060 | | | | | | | 300.00 |
| ACCOUNT NO. xxxxxxx 3002 <br> TW Gas and Oil Co. <br> 205 North Main Street <br> Butler, PA 16001 | | | | | | | 5,000.00 |

Sheet no.  3  of  4   continuation sheets attached          Subtotal➤   $ 7,500.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                            Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  C. Rigatti, Inc.                          ,          Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxx 6502 <br><br> West Penn Power <br> 800 Cabin Hill Drive <br> Greensburg, PA 15606 | | | | | | | 1,000.00 |
| ACCOUNT NO. xxxxxxxx 8046 <br><br> PNC Bank | | | | | | | 29,000.00 |
| ACCOUNT NO. xxxxxxxxx 0501 <br><br> First Commonwealth Bank | | | | | | | 13,400.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 1,000.00

Total➤ $ 117,150.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)