B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re C. Rigatti, Inc. ,
       Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sysco<br>1 Whitney Drive<br>Harmony, PA 16037 | | trade debt | | 30,000.00 |
| Superior<br>2018 Smallman Street<br>Pittsburgh, PA 15222 | | trade debt | | 8,000.00 |

Date: 7/19/2011

                                /s/ Cary Rigatti
                                        Debtor

*[Declaration as in Form 2]*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Barber<br>8831 Lost Valley Drive<br>Mars, PA 16046 | | trade debt | | 12,000.00 |
| Unifirst<br>1150 2nd Avenue<br>New Kensington, PA 15068 | | Trade debt | | 3,200.00 |
| Pepsi<br>204 Ave B<br>Youngwood, PA 15697 | | Trade debt | | 2,000.00 |
| Turner Dairy<br>1049 Jefferson Road<br>Pittsburgh, PA 15235 | | Trade debt | | 2,000.00 |
| Altany Ins.<br>1122 Brackenridge Avenue<br>Brackenridge, PA 15014 | | Trade debt | | 700.00 |
| Draft Maintenance<br>612 Woodward Avenue<br>Kittanning, PA 16201 | | Trade debt | | 500.00 |
| Roth Heating<br>242 Little Deer Creek Road<br>Russellton, PA 15076 | | Trade debt | | 450.00 |
| Ross Welding<br>29 Grim Road<br>Tarentum, PA 15084 | | Trade debt | | 350.00 |
| Pestco<br>290 Alpha Drive<br>Pittsburgh, PA 15238 | | Trade debt | | 400.00 |
| Kennedy Air Filters<br>4399 Leechburg Rd. #8<br>New Kensington, PA 15068 | | Trade debt | | 350.00 |
| Best Air<br>110 Cheswick Avenue<br>Cheswick, PA 15024 | | Trade debt | | 300.00 |
| Creighton Printing<br>917 Freeport Road<br>Creighton, PA 15030 | | Trade debt | | 300.00 |
| East Deer Twp Water Dept.<br>927 Freeport Road<br>Creighton, PA 15030 | | Utility | | 300.00 |
| Verizon<br>PO Box 25505<br>Lehigh Valley, PA 18002 | | Utility | | 900.00 |
| Upper Allegheny Joint Sanitary Authority<br>PO Box 431<br>Tarentum, PA 15084 | | Utility | | 1000.00 |
| Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060 | | Utility | | 300.00 |
| TW Gas and Oil Co.<br>205 North Main Street<br>Butler, PA 16001 | | Utility | | 5,000.00 |
| West Penn Power<br>800 Cabin Hill Drive<br>Greensburg, PA 15606 | | Utility | | 1,000.00 |